1  **BOWMAN AND BROOKE LLP**
Paul A. Alarcon (SBN: 275036)
2      paul.alarcon@bowmanandbrooke.com
Samuel Q. Schleier (SBN: 312449)
3      sam.schleier@bowmanandbrooke.com
Colton F. Parks (SBN: 322491)
4      colton.parks@bowmanandbrooke.com
970 West 190th Street, Suite 700
5  Torrance, California 90502
Tel No.:     (310) 768-3068
6  Fax No.:     (310) 719-1019

7  Attorneys for Defendants
Uber Technologies, Inc., Rasier, LLC, and Rasier- CA, LLC
8

9                    **UNITED STATES DISTRICT COURT**

10        **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE**

11

12  JANE DOE LS 155,                          Case No.: 3:23-cv-04374-LB

13             Plaintiff,

14  v.                                        **DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

15  UBER TECHNOLOGIES, INC., a Delaware
Corporation; RASIER, LLC, a Delaware Limited
16  Liability Company; RASIER-CA, LLC, a
Delaware Limited Liability Company; and DOES
17  1 through 50 Inclusive                    Complaint Filed:     August 24, 2023
                                             Trial Date:          None
18             Defendants.

19

20

21                    <u>**CORPORATE DISCLOSURE STATEMENT**</u>

22         Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Uber Technologies, Inc.,

23  Rasier, LLC, and Rasier-CA, LLC, by and through their attorney, hereby state as follows:

24  • Defendant Uber Technologies, Inc. ("Uber") is a Delaware corporation with a principal place of

25      business in San Francisco, California. Uber is a publicly held corporation with no parent company.

26      Based solely on filings with the SEC regarding beneficial ownership of the stock of Uber, Uber is

27      unaware of any shareholder who beneficially owns more than ten percent (10%) of its stock.

28  • Defendants Rasier, LLC ("Rasier") and Rasier-CA, LLC ("Raiser-CA") are Delaware limited

                                        1

Defendant Uber Technologies, Inc., Rasier, LLC, and
Rasier-CA, LLC's Corporate Disclosure Statement and
Certificate of Interested Entities or Persons

*Jane Doe LS 155 v. Uber Technologies, Inc., et al.*
3:23-cv-04374-LB

liability companies. Rasier and Raiser-CA maintain their corporate headquarters, principal office, and principal place of business in San Francisco, California. Rasier and Raiser-CA are wholly owned subsidiaries of Uber. The sole member of Rasier and Raiser-CA is Uber. Based solely on filings with the SEC regarding beneficial ownership of the stock of Uber, Rasier is unaware of any shareholder who beneficially owns more than ten percent (10%) of Uber's outstanding stock.

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record certifies that apart from the named parties to this action, they do not believe that there are other persons, associations of persons, firms, partnerships, corporations, or other entities that have (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest that could be substantially affected by the outcome of the proceeding.

Uber will advise this Court in the event it learns of any interested entities or persons that must be identified pursuant to Civil Local Rule 3-15.

Dated: September 22, 2023

**BOWMAN AND BROOKE LLP**

By: */s/ Paul A. Alarcon*
Paul A. Alarcon (SBN: 275036)
Samuel Q. Schleier (SBN: 312449)
Colton F. Parks (SBN: 322491)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel: (310) 380-6595
Attorneys for Uber Technologies, Inc.,
Rasier, LLC, and Rasier- CA, LLC

2

Defendant Uber Technologies, Inc., Rasier, LLC, and
Rasier-CA, LLC's Corporate Disclosure Statement and
Certificate of Interested Entities or Persons

*Jane Doe LS 155 v. Uber Technologies, Inc., et al.*
3:23-cv-04374-LB

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 22, 2023, I electronically transmitted the foregoing **DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.


_____*/s/ Louisa Beck*_____
Louisa Beck

1